


United States District Court
Southern District of Ohio
www.ohsd.uscourts.gov

Richard W. Nagel, Clerk of Court

| Potter Stewart U.S. Courthouse | Joseph P. Kinneary U.S. Courthouse | Federal Building |
|---|---|---|
| 100 East Fifth Street | 85 Marconi Boulevard | 200 West Second Street |
| Cincinnati, OH 45202 | Columbus, OH 43215 | Dayton, OH 45402 |
| 513-564-7500 | 614-719-3000 | 937-512-1400 |

February 22, 2018

Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: Transfer of Richard A. Case, Jr., 2:14-cr-21. Your case number: Unknown

    Pursuant to the Transfer of Jurisdiction filed with our Court on February 21, 2018, enclosed are certified Transfer of Jurisdictions forms accepting jurisdiction of this case, the Information, Judgment and Commitment and the docket sheet in this matter.

    If you have any questions or concerns regarding this case please feel free to contact me at (614) 719-3014.

Very truly yours,

Scott Miller
Deputy Clerk